# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Julie E. Griffin,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                            3:10cv412

South Piedmont Community College, et al

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2011 Order.

                                               Signed: August 30, 2011

                                               Frank G. Johns, Clerk
                                               United States District Court